Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Sean Gray

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN GRAY,<br>          Plaintiff,<br><br>   vs.<br>APPLIED DATA FINANCE, LLC<br>          Defendant. | CASE NO. 3:21-cv-04742-CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT APPLIED DATA FINANCE, LLC**<br> ORDER |

Plaintiff Sean Gray ("Plaintiff"), by counsel, and Defendant Applied Data Finance, LLC, by counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) all matters herein between them have been resolved, and that Plaintiff's claims against Applied Data Finance, LLC should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT APPLIED DATA FINANCE, LLC – 3:21-CV-04742-CRB**

Respectfully submitted,

Date: June 29, 2022

*/s/ Joe Angelo*
Joe Angelo
Gale, Angelo, Johnson, & Pruett, P.C.
*Counsel for Plaintiff Sean Gray*

Date: June 29, 2022

*/s/ Brian Roth*
Brian Roth
*Counsel for Defendant Applied Data Finance, LLC*

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Brian Roth
*/s/ Joe Angelo*

Date: June 30, 2022

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT APPLIED DATA FINANCE, LLC – 3:21-CV-04742-CRB**